IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHEL PAYNE,                          )
                                       )
            Plaintiff,                 )              8:05cv131
                                       )
      vs.                              )        MEMORANDUM AND ORDER
                                       )
DOUGLAS COUNTY,                        )
                                       )
            Defendant.                 )


        This matter is before the court on filing no. 17, the Motion to Extend the Parties'
Initial Conference Deadline filed by the defendant, Douglas County.  The defendant filed
filing no. 17 on December 14, 2005, asking for a 60-day extension of the deadline for the
parties to meet and confer and provide a report of their conference.  The defendant
explained that the plaintiff was at that time in the process of determining whether to employ
a particular attorney.

        Filing no. 17 is granted, and, as the requested 60-day period has now expired, it is
time for the parties to meet and confer and file their report.  If the plaintiff has hired an
attorney, the attorney shall enter an appearance **within ten (10) days** of the date of this
Memorandum and Order.  Whether or not the plaintiff has an attorney, the obligation to file
a *joint* report, *after having met and conferred*, shall be fulfilled by no later than **March 27,
2006**.

        The parties are advised that in the absence of a timely joint report, Chief Judge
Joseph F. Bataillon may consider sanctions.

        SO ORDERED.

        DATED this 1st day of March, 2006.

                              BY THE COURT:



                              s/ F. A. GOSSETT
                              United States Magistrate Judge