IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHEL PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV131 |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Notice of Appearance of Counsel for Plaintiff (Filing No. 22) this case is no longer referred to the Pro Se Docket. Accordingly,

IT IS ORDERED that this case will remain assigned to District Court Judge Joseph F. Bataillon and is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 17th day of March, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge