IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV131 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DOUGLAS COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Extend the Initial Progression Order Deadlines (Filing No. 33). The defendant's motion is denied with regard to continuing the planning conference. The telephone planning conference remains scheduled for September 25, 2006, as previously ordered. In all other respects, the defendant's motion will be held in abeyance until the telephone planning conference.

**IT IS SO ORDERED.**

DATED this 15th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge