### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHEL PAYNE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV131 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a planning conference with counsel for the parties on September 25, 2006. The parties announced their intention to mediate this matter. Accordingly,

**IT IS ORDERED:**

1. The parties shall have **until October 16, 2006**, to provide the court with the name of the parties' chosen mediator.

2. The defendant's Motion to Extend the Initial Progression Order Deadlines (Filing No. 33) is denied as moot.

DATED this 25th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge